UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Samuel Auther Elledge, II,
Kristine Nicole Elledge,
                    DEBTORS.
_____/

CHAPTER 13
CASE NO. 18-51706-MBM
JUDGE MARCI B. MCIVOR

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1. The plan fails to increase its funding upon the termination of the obligation to Toyota Motor Credit Company pursuant to 11 U.S.C. 1325(b)(1)(B) and 11 U.S.C. 1325(a)(3).

2. Based upon the debtors' Schedule A/B, the debtors disclose the debtors' interests in the debtors' businesses, Clear Vision Inc., and Aesthetically Stunning LLC, with fair market values of $0.00. The Trustee requests that the debtors provide documentation regarding the valuation of the debtors' interest in these businesses, including statements number 5, 7, 8 and 11 as referenced in the 2017 corporate tax return, so that the Trustee can determine whether the debtors' Plan complies with 11 U.S.C. Section 1325.

3. Based upon the debtors' testimony at the First Meeting of Creditors, the debtors had prior businesses in California and Texas and debtors sold these businesses in May, 2017. The Trustee requests that the debtors provide the documentation regarding the sale of these business assets and the disposition of proceeds and an amended Petition and Statement of Financial Affairs so that the Trustee can determine whether the debtors' Plan complies with 11 U.S.C. Section 1325.

4. Based upon the debtor's pay stub dated July 20, 2018, provided prior to the First Meeting of Creditors, the debtor's year-to-date gross income was in the amount of $17,577.83, which constitutes monthly net income in the average amount of $2,059.97. As the debtors' Schedule I understates the debtor's monthly net income by approximately $380.00 per month, the debtors' Plan fails to comply with 11 U.S.C. Section 1325(b)(1)(B) and 11 U.S.C. Section 1325(a)(3).

5. Based upon a review of the debtors' income documentation, it appears the debtors have prior addresses that the debtors do not disclose in the Statement of Financial Affairs. Trustee therefore requests that the debtors make the appropriate amendments to correct these omissions so that the debtors' Plan complies with 11 U.S.C. Section 1325.

6. The debtors' Statement of Financial Affairs, Question No. 27, is silent regarding the debtors' business interests. The Trustee therefore requests that the debtors make the

appropriate amendments to correct these omissions so that the debtors' Plan complies with 11 U.S.C. Section 1325.

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtors' Chapter 13 Plan unless modified to meet these objections.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: October 10, 2018  By: ___/s/ Lisa K. Mullen___
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

|  |  |
|---|---|
| Samuel Auther Elledge, II, | CHAPTER 13 |
| Kristine Nicole Elledge, | CASE NO. 18-51706-MBM |
|  | JUDGE MARCI B. MCIVOR |
| DEBTORS. |  |
| _____/ |  |

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO**
**CONFIRMATION OF CHAPTER 13 PLAN**

I hereby certify that on October 10, 2018, I electronically filed the TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> LAW OFFICES OF MARSHALL D. SCHULTZ
> 29777 Telegraph Rd Ste 2203
> SOUTHFIELD, MI  48034-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Samuel Auther Elledge, II
> Kristine Nicole Elledge
> 901 Cora
> Wyandotte, MI 48192-0000

> /s/ Jayme L. DePriest
> Jayme L. DePriest
> For the Office of David Wm. Ruskin,
> Chapter 13 Standing Trustee - Detroit
> 1100 Travelers Tower
> 26555 Evergreen Road
> Southfield, MI 48076-4251
> (248) 352-7755