## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN RE:

Samuel Auther Elledge, II,
Kristine Nicole Elledge,

DEBTORS.

_____/

CHAPTER 13
CASE NO. 18-51706-MBM
JUDGE MARCI B. MCIVOR

## TRUSTEE'S AMENDED OBJECTIONS TO
## CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

1.     Debtors' Plan proposes direct payments to Toyota Motor Credit Company. Based on the Motion for Relief From Automatic Stay filed by Toyota Motor Credit Corporation, this obligation is in arrears as Debtor has not made any payments on this obligation since commencement of this case. Direct payment of this obligation violates 11 USC Section 1326(c) and Local Bankruptcy 3070-1.

2.     The Plan does not increase its funding upon the termination of the obligation to Toyota Motor Credit Company pursuant to 11 USC 1325(b)(1)(B) and 11 USC 1325(a)(3).

3.     Based upon Debtors' Schedule A/B, Debtors disclose Debtors' interests in Debtors' businesses, Clear Vision Inc., and Aesthetically Stunning LLC, with fair market values of $0.00. Debtors have not provided documentation regarding the valuation of Debtors' interest in these businesses, including statements number 5, 7, 8 and 11 as referenced in the 2017 corporate tax return, rendering it impossible to determine whether Debtors' Plan complies with 11 USC Section 1325.

4.     Based upon Debtors' testimony at the First Meeting of Creditors, Debtors had prior businesses in California and Texas and Debtors sold these businesses in May, 2017. Debtors have not provided documentation regarding the sale of these business assets and the disposition of proceeds and have not filed an

1

Amended Petition and Statement of Financial Affairs without which Debtors' Plan does not comply with 11 USC Section 1325.

5.      Debtor-husband's pay stub dated July 20, 2018, indicates that Debtor-husband had year-to-date gross income of $17,577.83, and average monthly net income of $2,059.97.  Debtors' Schedule I understates Debtor-husband's monthly net income by approximately $380.00 per month. Debtors' Plan does not comply with 11 USC Section 1325(b)(1)(B) and 11 USC Section 1325(a)(3).

6.      Based upon a review of Debtors' income documentation, it appears Debtors have prior addresses that Debtors do not disclose in the Statement of Financial Affairs.  Debtors' nondisclosure of all previous addresses as required by the Statement of Financial Affairs and the Voluntary Petition result in Debtors' Plan lacking compliance with 11 USC Section 521 and Plan 11 USC Section 1325.

7.      Debtors' Statement of Financial Affairs, Question No. 27, is silent regarding Debtors' business interests. Without full disclosure, it cannot be determined whether Debtors' Plan complies with 11 USC Section 1325.

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of Debtors' Chapter 13 Plan unless modified to meet these objections.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

Dated: January 8, 2019          By: /s/ Thomas D. DeCarlo
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee,
        David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

|  |  |
|---|---|
| Samuel Auther Elledge, II, | CHAPTER 13 |
| Kristine Nicole Elledge, | CASE NO. 18-51706-MBM |
|  | JUDGE MARCI B. MCIVOR |

DEBTORS.

_____/

### CERTIFICATE OF SERVICE OF TRUSTEE'S AMENDED OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on January 8, 2019, I electronically filed the TRUSTEE'S AMENDED OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

> LAW OFFICES OF MARSHALL D. SCHULTZ
> 29777 Telegraph Rd Ste 2203
> SOUTHFIELD, MI  48034-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

> Samuel Auther Elledge, II
> Kristine Nicole Elledge
> 901 Cora
> Wyandotte, MI 48192-0000


_____/s/ Jayme L. DePriest_
Jayme L. DePriest
For the Office of David Wm. Ruskin,
Chapter 13 Standing Trustee - Detroit
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755